UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                       ORDER

       v.                                              02-CR-307 (NGG)

ANTHONY GRAZIANO,

              Defendant.
------------------------------------------------------X
GARAUFIS, United States District Judge.

      In November 2005, Anthony Graziano ("Defendant") moved the court for a writ of replevin for the return of $6,200.00 in currency seized by federal agents. The Government responds with a request that the court issue an order, pursuant to 28 U.S.C. 1651, requiring the Federal Bureau of Investigation ("FBI") to turn over the currency for application to the outstanding judgment of restitution imposed against the defendant on November 13, 2003. Although the Government sent a courtesy copy to my chambers, the letter of March 17, 2006 was not filed with the court by electronic filing, pursuant to Local Rules. The Government is hereby directed to electronically file its letter and mail a copy to the defendant by March 27, 2006. If Defendant wishes to respond to Government's letter, he is instructed to do so by April 24, 2006.

      The Clerk of the Court is requested to send a copy of this order to the defendant.


SO ORDERED.


Dated: March 27, 2006                               __/s/_____
       Brooklyn, N.Y.                              Nicholas G. Garaufis
                                                      United States District Judge